IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JERRELL RICHMOND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:04-cv-00748-B |
| | ) | [WO] |
| CNA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF DISMISSAL**

Pursuant to the ORDER filed September 22, 2005, following a telephone status conference during which the parties reported their settlement of all disputed claims herein, and absent any show-cause response as directed in the ORDER, it is, for good cause, **ORDERED** that this cause of action is **dismissed with prejudice** and with the parties bearing costs separately incurred.

Done this 3rd day of October, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE